**Order entered February 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01305-CV

### TODD PRUETT, Appellant

### V.

### DALLAS COUNTY, ET AL, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08112**

## ORDER

Before the Court is Dallas County's response to the Court's January 20, 2015 letter in which the Court questioned its jurisdiction over this appeal. Based on the response, it now appears the Court has jurisdiction over the appeal.

By letter dated November 17, 2014, the Court advised appellant that it had received notice from the court reporter that the reporter's record has not been filed in this case because either appellant has not (1) requested the reporter's record, or (2) paid or made arrangements to pay the reporter's fee. The Court directed appellant to file, within ten days of the date of the letter, (1) notice that appellant requested preparation of the reporter's record; and, (2) written verification that appellant has paid or made arrangements to pay the reporter's fee; or written documentation that appellant has been found to be entitled to proceed without payment of costs.

Appellant was cautioned that failure to comply could result in submission of the appeal without the reporter's record. Because to date appellant has not complied, we **ORDER** the appeal submitted without the reporter's record. *See* Tex. R. App. P. 37.3(c). Appellant's brief shall be filed on or before March 19, 2015.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE